1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   JASPER W. BAILEY, G-60744,              )
                                            )
                   Petitioner,              )      No. C 15-0677 CRB (PR)
10                                          )
           vs.                              )      ORDER OF DISMISSAL
11                                          )
    STU SHERMAN, Warden,                    )      (Dkt. #1, 7 & 12)
12                                          )
                   Respondent.              )
13   _____)

14                                       I.

15          Petitioner, a state prisoner incarcerated at the California Substance Abuse

16   Treatment Facility and State Prison, Corcoran, has filed a pro se petition for a

17   writ of habeas corpus challenging: (1) a 2009 conviction and indeterminate life

18   sentence from Santa Clara County Superior Court, and (2) an apparent INS/ICE

19   detainer letter and warrant seeking to commence federal removal proceedings

20   against him after he is released from state custody.  Petitioner also seeks to

21   proceed in forma pauperis under 28 U.S.C. § 1915.

22                                       II.

23          Petitioner's habeas challenge of his 2009 conviction and indeterminate life

24   sentence from Santa Clara County Superior Court must be construed as a second

25   or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254.  His

26   first petition was denied on the merits on October 8, 2013.  See Bailey v. Diaz,

27   No. C 12-1414 CRB (PR) (N.D. Cal. Oct. 8, 2013) (order denying petition for a

28   writ of habeas corpus challenging 2009 state court conviction).

1   A second or successive petition under § 2254 may not be filed in this court

2   unless the petitioner first obtains from the United States Court of Appeals for the

3   Ninth Circuit an order authorizing this court to consider the petition.  See 28

4   U.S.C. § 2244(b)(3)(A).  Petitioner has not obtained such an order from the Ninth

5   Circuit.  Petitioner's § 2254 habeas challenge to the 2009 state court judgment

6   accordingly must be dismissed without prejudice to refiling if petitioner obtains

7   the necessary order from the Ninth Circuit.

8   III.

9   Petitioner's habeas challenge of an apparent INS/ICE detainer letter and

10  warrant seeking to commence federal removal proceedings against him after he is

11  released from state custody perhaps may be brought in a petition for a writ of

12  habeas corpus under 28 U.S.C. § 2241.  See INS v. St. Cyr, 533 U.S. 289, 314

13  (2001) (district courts have habeas jurisdiction under 28 U.S.C. § 2241 to review

14  final orders of removal on constitutional and statutory grounds, provided that

15  judicial review is unavailable in the court of appeals).  But such a petition would

16  be premature because petitioner is not yet "subject to a final deportation order"

17  and therefore is not "in custody" for purposes of § 2241.  See Nakaramurack v.

18  United States, 68 F.3d 290, 293 (9th Cir. 1995) (individuals are in custody for

19  purposes of § 2241 so long as they are subject to a final deportation order).  Even

20  individuals who are removable, but not yet subject to a removal order, are not in

21  custody for purposes of § 2241.  See Veltmann-Barragan v. Holder, 717 F.3d

22  1086, 1088 (9th Cir. 2013).  Petitioner's habeas challenge of an apparent INS/

23  ICE detainer letter and warrant seeking to commence federal removal proceegins

24  against him accordingly must be dismissed without prejudice.

25  /

26  /

27

28  2

IV.

For the foregoing reasons, the petition for a writ of habeas corpus is DISMISSED without prejudice.  But based solely on petitioner's affidavit of poverty, his motion for leave to proceed in forma pauperis (dkt. #12) is GRANTED.

The clerk shall terminate all pending motions (see dkt. #1 & 7) as moot, enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: April 24, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.15\Bailey, J.15-0677.dismissal.wpd

3