IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER W. BAILEY, G-60744,<br><br>      Petitioner,<br><br>  vs.<br><br>STU SHERMAN, Warden,<br><br>      Respondent. | No. C 15-0677 CRB (PR)<br><br>(9th Cir. No. 15-16081)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

Petitioner has filed a notice of appeal of this court's April 24, 2015 order of dismissal of his pro se petition for a writ of habeas corpus, which this court also construes as a request for a certificate of appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

A COA is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: June 10, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.15\Bailey, J.15-0677.coa.wpd