IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER W. BAILEY, G-60744,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>STU SHERMAN, Warden,<br><br>　　　　　Respondent. | No. C 15-0677 CRB (PR)<br><br>(9th Cir. No. 15-16081)<br><br>ORDER REGARDING REQUEST FOR THE REPORTER'S TRANSCRIPT<br><br>(Dkt. #40) |

　　　　Petitioner, a prisoner proceeding without counsel on appeal, has filed a request for the reporter's transcript of proceedings in the district court pursuant to Federal Rule of Appellate Procedure 10 and Circuit Rule 10. But because there were no oral proceedings in the district court, there is no official transcript of proceedings in the district court to comprise the complete record on appeal. See 9th Cir. R. 10-2.

　　　　The court nonetheless will construe petitioner's request as a request for documents to comprise the excerpts of record on appeal. Although Circuit 30-1.2 provides that appellants and appellees proceeding without counsel need not file excerpts of record on appeal, Circuit 30-3 provides that in cases involving appeals by prisoners proceeding without counsel, "the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents to comprise the excerpts of record."

But "the documents to comprise the excerpts of record" on appeal do not include every document filed in the district court. Circuit Rule 30-1.4 sets out the documents that generally shall be included in the excerpts of record.

Pursuant to Circuit Rules 30-1.4 and 30-3, the clerk is instructed to forward to petitioner, within seven days of this order, copies of the following documents: (1) docket sheet; (2) order of dismissal (dkt. #20); (3) clerk's judgment (dkt. #21); (4) notice of appeal (dkt. #32); and (5) order denying certificate of appealability (dkt. #35). <u>Cf.</u> 9th Cir. R. 30-1.5 (excerpts of record generally shall not include briefs or memoranda of law filed in district court).

The clerk is instructed to serve a copy of this order on the parties and on the Ninth Circuit.

SO ORDERED.

DATED:  Oct. 20, 2015



CHARLES R. BREYER  
United States District Judge

G:\PRO-SE\CRB\HC.15\Bailey, J.15-0677.transcript-appeal.wpd

2